**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Harold Wilkinson,**  Civil No. 07-4312 (JNE/JJG)

    Plaintiff,

v.   **ORDER**

**U.S. Postal Service,**
**American Postal Workers Union, AFL-CIO,**

    Defendants.

This matter is before the undersigned on the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The Union's motions to dismiss (Doc. Nos. 6, 26, 33) are **GRANTED.**

2. All claims in this litigation are **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 4th day of November, 2008.

                                                    s/ Joan N. Ericksen
                                                  JOAN N. ERICKSEN
                                                  United States District Judge